IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DANA SCANLAN, | ) | CV 26-00069 LEK-RT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| STATE ACTORS AND | ) | |
| OFFICIALS, in their official | ) | |
| capacities; JEFFREY NG, Judge of | ) | |
| the Family Court of the Third | ) | |
| Circuit, State of Hawaii; JUDGES | ) | |
| OF THE HAWAII | ) | |
| INTERMEDIATE COURT OF | ) | |
| APPEALS; JUSTICES OF THE | ) | |
| HAWAII SUPREME COURT, in | ) | |
| their official capacities, for | ) | |
| prospective injunctive relief only; | ) | |
| CAROL A. PLUMMER, Court- | ) | |
| Appointed Guardian ad Litem; | ) | |
| WOODROW OSCAR GRAY, | ) | |
| opposing parent; JO KIM, attorney | ) | |
| for Mr. Gray; KRISTEN-MARIA | ) | |
| MATTOS, MARCE MOSSMAN, | ) | |
| KARLAN OSORIO, aka KARLAN | ) | |
| FIELDS, DHS Child Welfare | ) | |
| Services; CLIFFORD KALANI | ) | |
| MOTTA, DHS Supervisor; HAWAII | ) | |
| POLICE DEPARTMENT | ) | |
| OFFICERS HOOKANO, C. | ) | |
| SIMEONA, B.K. ARQUITOLA, | ) | |
| N.L. YOEMAN, B.U. MARKHAM, | ) | |
| R.K.N. PAGAN, T. ISHIBASHI, A. | ) | |
| FA'ANUNU, J. FIGUEROA, K. | ) | |
| PALEA; LIEUTENANT JOHN | ) | |
| BALBERDE, Juvenile Aid Section, | ) | |
| Hawaii Police Department; CHIEF | ) | |
| OF POLICE BENJAMIN | ) | |

MOSKOWICZ, Hawaii Police            )
Department; KENNETH                  )
GOODENOW, Deputy Attorney            )
General, State of Hawaii;            )
ROXANNE COSTA, Salvation             )
Army Juvenile Facility; "SARAH"      )
and "JONI", Salvation Army           )
Juvenile Facility; DOES 1-24         )
                                     )
          Defendants.                )
_____    )

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on July 13, 2026, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Dismiss This Action", ECF No. 32, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

2

DATED AT HONOLULU, HAWAII, August 4, 2026.



/s/ Leslie E. Kobayashi

Leslie E. Kobayashi
Senior U.S. District Judge

**DANA SCANLAN VS. STATE ACTORS AND OFFICIALS, ET AL; CV 26-00069 LEK-RT; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**